# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MAHMOOD MERCHANT, trustee of the MERCHANT FAMILY LIVING TRUST dated November 13, 2003, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:15-cv-00974 LJO SMS**<br><br>**ORDER TO DISMISS AND CLOSE ACTION (Doc. 9)** |

,

　　　　Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 9, this Court:

　　　1.　　DISMISSES with prejudice this entire action and all claims;

　　　2.　　VACATES all pending matters and dates; and

　　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated:　**August 3, 2015**　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1